UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NA MAIN STREET LLC, <br> EARL F. HAMM, JR., <br> AFI VENTURES, LLC, and <br> TAD THOMAS, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> JESSICA ALLEN Chairwoman of the Indiana Alcohol and Tobacco Commission, ERIC HOLCOMB, Governor of Indiana, and TODD ROKITA, Attorney General of Indiana, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.:1:20-cv-01335-SEB-DML <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PERMANENT INJUNCTION ENJOINING THE ENFORCEMENT OF
<u>INDIANA CODE §§ 7.1-3-21-5.4(a) and 7.1-3-21-6(a)(10)(B)(i)</u>**

The Court orders as follows:

Defendants and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them or under their direction or control are hereby **<u>PERMANENTLY ENJOINED</u>** from implementing, enforcing, administering, invoking, or giving any effect to the residency and minimum food sales requirements codified at Ind. Code §§ 7.1-3-21-5.4(a) and 7.1-3-21-6(a)(10)(B)(i).

IT IS SO ORDERED.

Date: _____          _____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

| | |
|---|---|
| Joseph Beutel<br>EPSTEIN COHEN SEIF & PORTER<br>joe@beutellaw.com<br><br>Robert David Epstein<br>EPSTEIN COHEN SEIF & PORTER<br>rdepstein@aol.com<br><br>James E. Porter<br>EPSTEIN COHEN SEIF & PORTER<br>james@jeporterlaw.com<br><br>James Alexander Tanford<br>EPSTEIN COHEN SEIF & PORTER<br>tanfordlegal@gmail.com | Jefferson S. Garn<br>INDIANA ATTORNEY GENERAL<br>Jefferson.Garn@atg.in.gov<br><br>Jill Gagnon Haddad<br>INDIANA ATTORNEY GENERAL<br>jill.haddad@atg.in.gov<br><br>Lauren Ashley Jacobson<br>INDIANA ATTORNEY GENERAL<br>lauren.jacobsen@atg.in.gov |